# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159739(48)

*In re* PEREZ/DUPREE, Minors.

SC: 159739
COA: 345451
Kent CC Family Division:
17-050620-NA; 17-050621-NA
17-050622-NA

_____/

On order of the Court, the motion for reconsideration of this Court's August 2, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



s0904m

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2019



Clerk